CHARLES H. ROOSEVELT, *Appellant, v.* THE VILLAGE OF NEW ROCHELLE, *Respondent.* — Judgment and order denying new trial affirmed, with costs. Opinion by GILBERT, J.; DYKMAN, J., dissenting.

LOUISA J. HOLLIS, *Individually and as Executrix, etc., Respondent, v.* GEORGE HOLLIS and others, *Appellants.* — Judgment affirmed for non-submission of papers, as by stipulation, with costs.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondent, v.* ANGELO COMETTI, *Appellant.* — Judgment affirmed. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

MARY BOYLE, *Administratrix, etc., Respondent, v.* BESSIE B. ST. JOHN, *Executrix, etc., Appellant, Impleaded, etc.* — (No. 2.) — Judgment and order overruling demurrer of Bessie B. St. John affirmed, with costs. Opinion by BARNARD, P. J.

IN THE MATTER OF THE PETITION OF WILLIAM H. PLATT. — Order discharging Platt from custody affirmed, with costs. Opinion by DYKMAN, J.

LEVI W. FLAGG, *Respondent, v.* SAMUEL SWIFT and others, *Appellants.* — Order of city court of Yonkers affirmed, with costs and disbursements. Opinion by GILBERT, J.

BENJAMIN F. WASHBURN, *Appellant, v.* MARTIN L. EHRGOTT, *Respondent.* — Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by BARNARD, P. J.

JOHN T. HARROLD, *Respondent, v.* THE NEW YORK ELEVATED RAILROAD COMPANY, *Appellant.* — Order denying new trial upon newly discovered evidence affirmed, with costs. Opinion by DYKMAN, J.

DAVID H. McALPIN, *Respondent, v.* CAROLINE VOYTITS, *Appellant, Impleaded, etc.* — Order refusing to vacate injunction affirmed, with ten dollars costs and disbursements. Opinion by GILBERT, J.

THEODORE L. TERRY, *Respondent, v.* STEPHEN A. MARSHALL and others, *Appellants.* — Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

DAVID CROMWELL, as County Treasurer of the County of Westchester, *Appellant, v.* GEORGE W. DAVIDS and THADDEUS DAVIDS, *Respondents.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J., DYKMAN, J., not sitting.

IN THE MATTER OF THE APPLICATION OF THE EAST RIVER BRIDGE AND CONEY ISLAND STEAM TRANSIT COMPANY. — Motion denied upon the former opinion. Opinions by BARNARD, P. J.; DYKMAN, J., dissenting.

CHARLES A. LIMEBURNER, *Respondent, v.* JOHN H. NEILLY, *Appellant.* — Judgment reversed, and new trial granted at circuit, with costs to abide event. Reference vacated. Opinion by BARNARD, P. J.